IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:06CR8 |
| | ) | |
| v. | ) | |
| | ) | |
| CARLTON IVORY, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) (Filing No. 56), and the stipulation of the parties (Filing No. 57). Pursuant to the retroactive amendment to the cocaine base guidelines, the defendant's final offense level is reduced from 27 to 23. His criminal history category remains at IV. The Court finds that his sentence should be reduced to seventy (70) months imprisonment, considering the prior computation of specific offense characteristics, adjustments, and departures. Accordingly,

IT IS ORDERED:

1) Said motion to reduce sentence is granted, effective November 1, 2011; the sentence of the defendant is reduced to seventy (70) months. He shall receive credit for time served.

2) Defendant is eligible for immediate release.

3) The conditions of supervised release entered in the original judgment and committal order remain in full force and effect.

DATED this 31st day of October, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court